# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| G-W Management Services, LLC | )    ASBCA No. 60518 |
| | ) |
| Under Contract No. N40080-10-D-0498 | ) |

APPEARANCE FOR THE APPELLANT:       Herman M. Braude, Esq.
                                              Braude Law Group, P.C.
                                              Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                              Navy Chief Trial Attorney
                                            Matthew D. Bordelon, Esq.
                                              Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $425,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: 25 October 2016

                                         RICHARD SHACKLEFORD
                                         Administrative Judge
                                         Acting Chairman
                                         Armed Services Board
                                         of Contract Appeals

I concur                                    I concur

PETER D. TING                        MICHAEL N. O'CONNELL
Administrative Judge                   Administrative Judge
Acting Vice Chairman                  Armed Services Board
Armed Services Board                 of Contract Appeals
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60518, Appeal of G-W Management Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals